# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**DANIEL D. CHANG**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201400012**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 19 September 2013.
**Military Judge:** LtCol Elizabeth A. Harvey, USMC.
**Convening Authority:** Commanding Officer, Marine Corps
Communication-Electronics School, Training Command,
Twentynine Palms, CA.
**Staff Judge Advocate's Recommendation:** LtCol M.E. Sayegh,
USMC.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**30 April 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court